UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JESSIE PAUL MARTINEZ,<br><br>　　　　　Petitioner,<br>versus<br><br>NATHANIEL QUARTERMAN,<br><br>　　　　　Respondent. | §<br>§<br>§<br>§　　CIVIL ACTION H-06-1360<br>§<br>§<br>§<br>§<br>§ |

## Order

The Memorandum and Recommendation (12) issued August 1, 2006, by Magistrate Judge Stephen Wm. Smith, is adopted as this court's order.

Signed August __23__, 2006, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge