**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JESSIE PAUL MARTINEZ,** | **§** | |
| **Petitioner,** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil Action No. 4:06-CV-693-Y** |
| | **§** | |
| **NATHANIEL QUARTERMAN, Director,** | **§** | |
| **Texas Department of Criminal Justice,** | **§** | |
| **Correctional Institutions Division,** | **§** | |
| **Respondent.** | **§** | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**
**AND NOTICE AND ORDER**

This cause of action was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. §636(b), as implemented by an order of the United States District Court for the Northern District of Texas. The Findings, Conclusions, and Recommendation of the United States Magistrate Judge are as follows:

## I. FINDINGS AND CONCLUSIONS

### A. NATURE OF THE CASE

This is a petition for writ of habeas corpus by a state prisoner pursuant to 28 U.S.C. § 2254.

### B. PARTIES

Petitioner Jessie Paul Martinez, TDCJ # 1145540, is a state prisoner who was incarcerated in a correctional facility of the Texas Department of Criminal Justice, Correctional Institutions Division, in Lovelady, Texas, at the time of the filing of this petition. Martinez is no longer confined.

Respondent Nathaniel Quarterman is the Director of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ).

**C. PROCEDURAL HISTORY**

Martinez is serving a twelve-year sentence for a 2003 felony conviction in cause number 12,139 in the 29nd District Court of Palo Pinto County, Texas. (Resp't Motion to Dismiss, Exhibit A.) Martinez filed this petition on April 19, 2006, in which he complains about TDCJ's denial of his release to parole. (Petition at 7 & Attachment.) On September 14, 2006, Martinez was released on parole. (Resp't Motion to Dismiss, Exhibit B.) As of this date, he has not notified this court of his change of address.

**D. DISCUSSION**

Martinez's claim that he is entitled to release on parole is now moot in that he has in fact been released on parole. Because this court can no longer provide him with the relief he seeks, dismissal of this petition is appropriate as moot. *See Bailey v. Southerland*, 821 F.2d 277, 278-79 (5th Cir. 1987); *McRae v. Hogan*, 576 F.2d 615, 616-17 (5th Cir. 1978).

## II. RECOMMENDATION

It is recommended that Quarterman's motion to dismiss be GRANTED and that Martinez's petition for writ of habeas corpus be DISMISSED as moot.

## III. NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within ten (10) days after the party has been served with a copy of this document. The court is extending the deadline within which to file

specific written objections to the United States Magistrate Judge's proposed findings, conclusions, and recommendation until January 25, 2007. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions, and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(B)(1). Failure to file by the date stated above a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual finding or legal conclusion accepted by the United States District Judge. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc op. on reh'g); *Carter v. Collins*, 918 F.2d 1198, 1203 (5th Cir. 1990).

**IV. ORDER**

Under 28 U.S.C. § 636, it is ORDERED that each party is granted until January 25, 2007, to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions, and recommendation. It is further ORDERED that if objections are filed and the opposing party chooses to file a response, a response shall be filed within seven (7) days of the filing date of the objections.

It is further ORDERED that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions, and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED January 4, 2007.

/s/ Charles Bleil
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE