IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JESSIE PAUL MARTINEZ,         § | |
|     Petitioner,              § | |
| VS.                                    § | CIVIL ACTION NO. 4:06-CV-693-Y |
|                                      § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J., Correctional      § | |
| Institutions Div.,          § | |
|     Respondent.              § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Jessie Paul Martinez, along with the January 4, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until January 25 to file written objections to the findings, conclusions, and recommendation. As noted in that report, Martinez has been released on parole and has not kept this Court apprised of a new address. Thus, as of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on January 4, 2007. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the respondent's motion to dismiss as moot [docket no. 25] is GRANTED.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Jessie Paul Martinez's petition for writ of habeas corpus under 28 U.S.C. §2254 is DISMISSED as moot.

SIGNED January 26, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2